

# WALDER HAYDEN P.A.

5 Becker Farm Road
Roseland, New Jersey 07068
www.walderhayden.com
973-992-5300

JUSTIN P. WALDER | SHAREHOLDER
Direct Dial: 973-436-4100
Direct Fax: 973-992-1085
jpwalder@walderhayden.com

MEMBER OF NEW JERSEY AND NEW YORK BARS

OUR FILE NO. 27154.002.

March 11, 2016

VIA ECF FILING

Hon. Noel L. Hillman
United States District Judge
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th and Cooper Streets, Room 1050
Camden, NJ 08101

  *Re: USA v. Augusto DaSilva*
  *Docket No. 1:15-cr-00439-NLH*

Dear Judge Hillman:

  I represent Dr. Augusto DaSilva, the defendant in the above-captioned matter. My co-counsel is Caroline Rule of Kostelanetz & Fink, LLP in New York. I write to request an additional 14 days to file objections to the Presentence Investigation Report ("PSR") received on March 9, 2016.

  Ms. Rule, who will be drafting the objections to the PSR is suffering from pneumonia and is able to work only a few hours a day and is scheduled to be away the week of the current due date of March 23, 2016.

  No sentence date is currently set for this matter. Ms. Rule has been advised by the probation officer and the government that they have no objection to this request.

  Accordingly, it is respectfully requested that the filing of any objections to the PSR be extended to April 5, 2016.

*Hon. Noel L. Hillman*
*March 11, 2016*
*Page 2*



    Thank you for your consideration.

                                        Respectfully yours,

                                        JUSTIN P. WALDER

JPW/yre
cc:    Probation Officer Shavaughn M. Chapman
        AUSA Justin Herring
        Caroline Rule, Esq.