**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE:**  **DATE OF PROCEEDINGS:** 5/15/17

**JUDGE:** Noel L. Hillman

**COURT REPORTER:** Robert Tate

**OTHERS:**  **DOCKET NO:** CR #15-00439
Tom Leakan (U.S. Probation)

**TITLE OF CASE:**

UNITED STATES OF AMERICA
      (vs)
AUGUSTO DASILVA

**APPEARANCES:**
Paul A. Murphy, AUSA for Gov't.
Justin P. Walder, Esq., for deft.
Caroline Rule, Esq. for deft.
(Deft. Present)

**NATURE OF PROCEEDINGS:** -SENTENCING ON 1-COUNT INFORMATION

**Sentence:** Probation - 5 yrs. w/Special Conditions; Fine - $75,000; Special Assessment - $100

**COURT ADVISED DEFT. OF RIGHT TO APPEAL.**

                                    s/Barbara Fisher
                                      Deputy Clerk

Time Commenced: 11:40 AM     Time Adjourned: 2:40 PM